1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Timothy J. Buchanan, #100409
   5 River Park Place East
3  Fresno, California 93720-1501
   Telephone:   (559) 433-1300
4  Facsimile:   (559) 433-2300

5  Siderius Lonergan & Martin LLP
   Frank R. Siderius, WSBA #7759
6  (*Admitted Pro Hac Vice*)
   500 Union Street, Suite 847
7  Seattle, Washington 98101
   Telephone:  (206) 624-2800
8  Facsimile:  (206) 624-2805

9  Attorneys for Plaintiff and Counter-Defendant
   INTERPLEXUS CORPORATION, and Counter-
10 Defendants ELIAS F. ILYIA AND MAROUN E.
   EL-KHOURY

11

12              UNITED STATES DISTRICT COURT

13         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

14

| | |
|---|---|
| INTERPLEXUS CORPORATION, a Washington state corporation,<br><br>Plaintiff,<br><br>v.<br><br>T. E. NEESBY, INC., a California corporation; BRIAN WHITE and SHERYL WHITE, husband and wife,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 1:11-CV-00597-AWI-BAM<br><br>**STIPULATION AND ORDER TO MOVE DATE FOR MANDATORY SETTLEMENT CONFERENCE**<br><br>**New Date:  July 19, 2012**<br>**Time:         10:30 a.m.**<br>**Courtroom 8**<br>**Mag. Judge: Hon. Barbara A. McAuliffe**<br><br>Trial Date:        January 22, 2013 |

TO THE ABOVE ENTITLED COURT:

The parties to this action, through their respective counsel, hereby stipulate and agree as follows:

1. By Order of May 21, 2012, the Court moved the Mandatory Settlement Conference in this date in this action from June 7, 2012, to July 18, 2012.

2. The parties have determined that the Mandatory Settlement Conference, with the Court's approval, may be moved further to July 19, 2012, to accommodate their schedules.

3. Accordingly, the parties agree that the Mandatory Settlement Conference in this case may be moved, with the Court's order and approval, to July 19, 2012, at 10:30 a.m., in Courtroom 8, before Magistrate Judge McAuliffe.

Dated: May 21, 2012

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:   /s/ Timothy J. Buchanan

Timothy J. Buchanan
Attorneys for Plaintiff INTERPLEXUS CORPORATION, and Counterdefendants INTERPLEXUS CORPORATION, ELIAS F. ILYIA, AND MAROUN E. LE-KHOURY

PERKINS, MANN & EVERETT, APC

Dated: May 21, 2012

By:   /s/ Robert W. Branch

Robert W. Branch
Curtis D. Rindlisbacher
Attorneys for Defendants and Counterclaimants T. E. Neesby, Inc., Brian White and Sheryl White

# ORDER

Based upon the above stipulation, the Court hereby moves the Mandatory Settlement Conference from July 18, 2012, at 9:30 a.m., to **July 19, 2012, at 10:30 a.m., in Courtroom 8,** before Magistrate Judge McAuliffe. All other dates remain in full force and effect.

IT IS SO ORDERED.

Dated:   **May 23, 2012**               /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE