**Curtis D. Rindlisbacher #142929**
**Robert W. Branch #154963**
**PERKINS, MANN & EVERETT**
**A Professional Corporation**
**7815 North Palm Avenue, Suite 200**
**Fresno, California  93711**
**Telephone (559) 447-5700**
**Facsimile (559) 447-5600**

Attorneys for: Defendants T.E. NESSBY, INC., a California corporation, BRIAN WHITE, an individual, and SHERYL WHITE, an individual

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| INTERPLEXUS CORPORATION, a Washington state corporation,<br><br>Plaintiff,<br><br>v.<br><br>T.E. NEESBY, INC., a California corporation, BRIAN WHITE, an individual, and SHERYL WHITE, an individual,<br><br>Defendants.<br><br>AND RELATED CROSS-COMPLAINT. | Case No.:  1:11-cv-00597-AWI-BAM<br><br>**STIPULATION REVISING SCHEDULING CONFERENCE DATES AND ORDER THEREON** |

THE PARTIES HERETO respectfully request the Court approve the following stipulation to extend the discovery cutoff for 60 days:

**WHEREAS** counsel for Counter-Defendant Dr. Elias Ilyia substituted into this litigation on June 13, 2012;

**WHEREAS** counsel for Counter-Defendant Dr. Elias Ilyia have an extremely heavy court calendar schedule in August and September pursuant to their involvement in two major federal criminal matters in Ohio, a complex civil litigation in Washington State and Florida;

**WHEREAS**, the depositions of Elias Ilyia and his former spouse are critical to this case as they were directly involved in communications with the Defendants over the product and trade name at issue, and in filing the trademark application papers that led to the registered

trademark at issue. Elias Ilyia also sold the assets of Plaintiff Interplexus Corporation to its current owners in 2010 but now has filed suit in *Ilyia v. El-Khoury*, Western District of Washington, Case No. 2:11-cv-01593, seeking to rescind that sale. Discovery responses from Plaintiff Interplexus Corporation are incomplete because Ilyia has knowledge of the subject matter of the questions posed but is no longer associated with Interplexus Corporation and will not provide information without a deposition. It is expected further discovery responses and perhaps requests will be propounded after the deposition;

**WHEREAS**, Counsel for Plaintiff has made multiple attempts to arrange the deposition date with Ilyia's counsel without success. On July 24, 2012, Plaintiff served deposition notices for Ilyia and is former spouse for dates within the current discovery cutoff and was informed Mr. Eidy, Ilyia's counsel, that his trial schedule is too impacted to enable the deposition until mid-September. All parties and counsel are amenable to accommodating Mr. Eidy's schedule;

**WHEREAS**, it has become apparent to the parties hereto that it will not be possible to complete discovery within the time frame of the current scheduling order; and

**WHEREAS**, all past dates in the present Scheduling Conference Order have been complied with;

**WHEREAS**, all parties have been contacted by their counsel and have expressly consented to this extension.

IT IS STIPULATED AND AGREED by and between Plaintiff and Counterdefendant INTERPLEXUS CORPORATION, Counterdefendant ELIAS F. ILYIA, Counterdefendant MAROUN E. EL-KHOURY, and Defendants and Counterclaimants T.E. NEESBY, INC., BRIAN WHITE and SHERYL WHITE, through their counsel, and the parties accordingly request the following revisions to the Scheduling Conference Order:

Discovery Cutoff:
    Current: August 31, 2012, proposed revised: October 31, 2012.

Nondispositive motion filing deadline:
    Current: September 7, 2012, proposed revised: November 7, 2012.

Dispositive motion deadline:

1                 Current: October 1, 2012, proposed revised: November 20, 2012.

2     Pretrial conference:

3           Current: December 7, 2012, proposed revised: January 23, 2013 at 8:30 am.

4     Trial:

5           Current: January 22, 2012, proposed revised: March 5, 2013 at 8:30 am.

Dated: August 14, 2012          PERKINS, MANN & EVERETT, INC.

By:   /s/ Robert W. Branch
    Robert W. Branch,
    Attorneys for Defendants T.E. NESSBY, INC., a California corporation, BRIAN WHITE, an individual, and SHERYL WHITE, an individual

Dated: August 14, 2012          MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:   /s/ Timothy J. Buchanan
    Timothy J. Buchanan,
    Attorneys for Plaintiff Interplexus Corporation and Cross-Defendant Maroun E. El-Khoury

Dated: August 14, 2012          LAW OFFICES OF SAM A. EIDY

By:   /s/ Sam A. Eidy
    Sam A. Eidy,
    Attorneys for Cross-Defendant Elias F. Ilyia

**ORDER**

IT IS SO ORDERED.

Dated:   August 18, 2012                              
CHIEF UNITED STATES DISTRICT JUDGE

PERKINS, MANN & EVERETT, APC

3       {00089124.DOC;3}

**Stipulation Revising Scheduling Conference Dates and Order Thereon**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28