IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERPLEXUS CORPORATION, | CASE NO. 1:11-cv-00597- AWI-BAM |
| Plaintiff, | **ORDER ON *EX PARTE* APPLICATION TO WITHDRAW MOTION TO STAY** |
| vs. | |
| T.E. NEESBY, INC., *et. al,* | |
| Defendants. | |

**ORDER**

The Court has received and reviewed Defendants' *Ex Parte* Application for An Order Withdrawing the Motion to Stay. (Doc. 52). No opposition was filed. The *ex parte* application withdrawing the Motion to Stay previously set for October 12, 2012 is **GRANTED.** The motion is withdrawn without prejudice of the parties right to pursue the Motion to Stay at a later date.

IT IS SO ORDERED.

Dated:   October 9, 2012            /s/ **Barbara A. McAuliffe**
                                   UNITED STATES MAGISTRATE JUDGE

1