| | |
|---|---|
| 1  McCormick, Barstow, Sheppard,<br>   Wayte & Carruth LLP<br>2  Timothy J. Buchanan, #100409<br>   5 River Park Place East<br>3  Fresno, California 93720-1501<br>   Telephone: (559) 433-1300<br>4  Facsimile: (559) 433-2300 | **FILED**<br>DEC 11 2012<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

5  Siderius Lonergan & Martin LLP
   Frank R. Siderius, WSBA #7759
6  (*Admitted Pro Hac Vice*)
   500 Union Street, Suite 847
7  Seattle, Washington 98101
   Telephone: (206) 624-2800
8  Facsimile: (206) 624-2805

9  Attorneys for Plaintiff and Counter-Defendant
   INTERPLEXUS CORPORATION and Counter-
10 Defendant MAROUN E. EL-KHOURY

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| INTERPLEXUS CORPORATION,<br>a Washington state corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>T. E. NEESBY, INC., a California<br>corporation; BRIAN WHITE and SHERYL<br>WHITE, husband and wife,<br><br>   Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 1:11-CV-00597-AWI-BAM<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL**<br><br>Judge:  Hon. Anthony W. Ishii<br><br>Trial Date:  March 5, 2013 |

To the above-entitled Court:

The parties to this action, through their counsel of record, hereby stipulate to the following dismissals pursuant to a written Settlement Agreement signed by all parties:

   1.   All claims and counterclaims in this action are hereby dismissed with prejudice.

   2.   Pursuant to the settlement reached, each party will bear its/his own costs and attorneys'

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno CA 93720-1501

1

STIPULATION FOR VOLUNTARY DISMISSAL

1  fees.

2      3.    The parties request the Court to retain jurisdiction over the enforcement of their Settlement Agreement.

4  SO STIPULATED.

5  Dated: December 10, 2012

                McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

                By: /s/ Timothy J. Buchanan
                    Timothy J. Buchanan
                Attorneys for Plaintiff and Counterdefendant INTERPLEXUS CORPORATION and Counterdefendant MAROUN E. EL-KHOURY

Dated: December 10, 2012

                PERKINS, MANN & EVERETT

                /s/ Robert W. Branch
                By: (as authorized on November 13, 2012)
                Robert W. Branch
                Attorneys for Defendants and Counterclaimants T. E. NEESBY, INC., BRIAN WHITE, and SHERYL WHITE

Dated: December 10, 2012

                /s/ Sam A. Eidy
                By: (as authorized on November 15, 2012)
                Sam A. Eidy
                Attorney for Counterdefendant ELIAS ILYIA

42426-00000 2308635.1

It is so Ordered. Dated: 12-11-12

                _____
                United States District Judge

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION FOR VOLUNTARY DISMISSAL